**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **HAYDEN SMITH and JAMES D. MEADOWS, On Behalf of Themselves and All Others Similarly Situated,** | ) ) ) | |
| | ) | **COLLECTIVE ACTION** |
| *Plaintiffs*, | ) ) | **CASE NO. 3:20-cv-00023** |
| **v.** | ) ) | **MAGISTRATE JUDGE NEWBERN** |
| **RESTAURANT CONCEPTS, LLC, LE SEL, LLC, 401 FOOD, LLC, AND PINEWOOD SOCIAL, LLC.** | ) ) ) | **JURY DEMAND** |
| | ) | |
| *Defendants*. | ) | |

## JOINT MOTION FOR APPROVAL OF AMENDED SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS

In accordance with this Court's January 13, 2021 Order (Doc. No. 106), the Parties jointly move this Court for approval of their Amended Settlement Agreement and Release of All Claims, which is attached to this Motion as Attachment 1.

On October 2, 2020, Plaintiffs filed a motion with this Court seeking approval of the Parties' proposed Settlement Agreement and Release of All Claims, which if approved would resolve this Fair Labor Standards Act ("FLSA") collective action. (Doc. No. 99). On October 23, 2020, Plaintiffs submitted a modified allocation of the settlement funds set forth in the Parties' Settlement Agreement and Release of Claims. (Doc. No. 103).

In granting the Parties' Joint Motion to Ascertain Status of Plaintiffs' Motions (Doc. No. 105), the Court identified inconsistencies in the Parties' proposed Settlement Agreement and Release of All Claims. (Doc. No. 106). The Parties have addressed those inconsistencies, and they have addressed other minor issues and inconsistencies in their agreement. The Parties submit that their Amended Settlement Agreement and Release of All Claims resolved these

inconsistencies, and that it should be approved as a fair and reasonable resolution of Plaintiffs' FLSA claims asserted in this collective action.

In support of this Motion, Plaintiffs direct this Court's attention to their Memorandum of Law filed in support of their initial motion for approval. (Doc. No. 100). Plaintiffs submit that this Memorandum sets forth the reasons for why the Parties' settlement should be approved.

Dated: January 20, 2021

Respectfully submitted,

/s/ Aron Z. Karabel (with permission by DWG)_
**ANDREW S. NAYLOR**
**ARON Z. KARABEL**
**CASEY M. DUHART**
Waller Lansden Dortch & Davis, LLP
511 Union St., Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Andy.Naylor@wallerlaw.com
Aron.Karabel@wallerlaw.com
Casey.Duhart@wallerlaw.com

**J. SCOTT HICKMAN**
Sherrard Roe Voigt & Harbison PLC
150 3rd Ave. S, #1100
Nashville, TN 37201
Telephone: (615) 742-4561
Facsimile: (615) 742-4539
shickman@srvhlaw.com

*Attorneys for Defendants*

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Joint Motion for Approval of Amended Settlement Agreement and Release of All Claims* was filed electronically with the Clerk's office by using the CM/ECF system and served via the Court's ECF system on the following counsel for Defendants on January 20, 2021:

Andrew S. Naylor
Aron Z. Karabel
Casey M. Duhart
Waller Lansden Dortch & Davis, LLP
511 Union St., Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Andy.Naylor@wallerlaw.com
Aron.Karabel@wallerlaw.com
Casey.Duhart@wallerlaw.com

J. Scott Hickman
Sherrard Roe Voigt & Harbison
150 3rd Ave. S, #1100
Nashville, TN 37201
Telephone: (615) 742-4561
Facsimile: (615) 742-4539
shickman@srvhlaw.com

*Attorneys for Defendants*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
 **MARTIN & GARRISON, LLC**

3