## AMENDED SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS

This Amended Settlement Agreement and Release of All Claims ("Agreement") is made by and between Restaurant Concepts, LLC, Le Sel, LLC, 401 Food, LLC, and Pinewood Social, LLC (collectively referred to herein as the "Company") and the class of plaintiffs who have opted into this lawsuit and are represented by Hayden Smith and James D. Meadows (collectively referred to as "Plaintiffs" and Hayden Smith and James D. Meadows are referred to as "Named Plaintiffs"). This Agreement modifies the Parties' initial Agreement, which was submitted to the Court on October 2, 2020 (Doc. No. 99-1), in accordance with the Court's January 13, 2021 Order (Doc. No. 106). This Agreement also incorporates the Parties' Modification of Settlement Agreement and Release of all Claims, which was submitted to the Court on October 23, 2020 (Doc. No. 103 -1).

**1.  Consideration.** The Company agrees to pay the total sum of Four Hundred Twenty-Seven Thousand Dollars ($427,000.00) in consideration for Plaintiffs' release of their claims, as set forth in this Agreement. The consideration shall be paid as follows:

(i) Two Hundred Seventy-Four Thousand, Four Hundred Dollars ($274,400.00) to Plaintiffs for back wages and liquidated damages allegedly due under the FLSA, in the individual amounts set forth in Attachment A. Attachment A is the Parties' modified allocation, which was submitted to the Court on October 23, 2020. (Doc. No. 103-1).

(ii) Two Thousand, Five Hundred Dollars ($2,500.00) to Named Plaintiff Smith as a service payment for his role as the representative plaintiff in the lawsuit ("Service Payment"). This payment is not for wages, and Plaintiff Smith shall receive an IRS Form 1099 for this payment.

(iii) Two Thousand, Five Hundred Dollars ($2,500.00) to Named Plaintiff Meadows as a service payment for his role as the representative plaintiff in the lawsuit ("Service Payment"). This payment is not for wages, and Plaintiff Meadows shall receive an IRS Form 1099 for this payment.

(iv) One Thousand Dollars ($1,000.00) to Named Plaintiff Smith in exchange for a general release of his claims, as defined in this Agreement. This payment is not for wages, and Plaintiff Smith shall receive an IRS Form 1099 for this payment.

(v) One Thousand Dollars ($1,000.00) to Named Plaintiff Meadows in exchange for a general release of his claims, as defined in this Agreement. This payment is not for wages, and Plaintiff Meadows shall receive an IRS Form 1099 for this payment.

(vi) One Hundred Forty Thousand Dollars ($140,000.00) to Barrett, Johnston, Martin & Garrison, LLC, for attorneys' fees and costs. This represents payment for all fees and costs incurred by Plaintiffs' counsel through payment of the consideration set forth in this Section and dismissal of the Lawsuit as set forth in Section 5 below.

1

(vii) Five Thousand, Six Hundred Dollars ($5,600.00) to the Claims Administrator as payment for establishing a Qualified Settlement Fund ("QSF") and administering this settlement.

The payments above shall be made within seven (7) days of the Court's Approval Order approving this Agreement. The payments shall be made by transfer of funds from the Company to a QSF to be established by a Claims Administrator chosen by Plaintiffs' counsel. The Claims Administrator shall be responsible for distributing the funds to Named Plaintiffs, Plaintiffs, and Plaintiffs' counsel in the amounts set forth in this Agreement and approved by the Court. Plaintiffs shall have one hundred eighty (180) days to negotiate their settlement checks from the date the Claims Administrator issues the check, which will be indicated on the settlement checks as a result of this agreement.

Any funds remaining in the QSF that are not distributed in that one hundred eighty (180) day period shall be paid to Restaurant Opportunities Centers-United, 275 7th Avenue, Suite 1703, New York, NY 10001 as a *cy pres* recipient. Plaintiffs propose this *cy pres* recipient, and the Company agrees to not oppose this request. Should the Court not approve of this *cy pres* recipient, then Plaintiff will propose another organization to the Court for approval to receive these funds, and the Company agrees to not oppose that proposal.

Plaintiffs acknowledge that, but for the execution of this Agreement, they would not be entitled to receive this monetary consideration or other consideration provided for in this Agreement. Plaintiffs agree to pay any and all taxes, interest or penalties determined by appropriate taxing authorities to be owed by them. The Company's share of its employment taxes and other employer obligations shall be paid from the QSF.

Plaintiffs further agree that the consideration stated herein fully compensates them for any and all alleged back wages, overtime wages, damages, attorneys' fees, and costs, and that they neither seek nor are entitled to any further wages, pay, overtime compensation, attorneys' fees or relief. The parties acknowledge the adequacy of consideration provided herein by each to the other, that this is a legally binding document, and that they intend to comply with and be faithful to its terms.

2. **Court Approval.** The parties shall file a motion for approval of the terms of this Agreement by no later than January 20, 2021, in accordance with the Court's January 13, 2021 Order (Doc. No. 106), attaching this Agreement as an exhibit thereto. The parties will cooperate and take all necessary steps to effect final judicial approval of this Agreement. The parties expressly agree that the terms of this Agreement are fair and equitable, and to the extent that Plaintiffs' counsel is required to petition the Court for approval of the reasonableness and amount of the attorneys' fees and costs to be paid under this Agreement, the Company does not oppose and agrees not to oppose the amount of Plaintiffs' attorneys' fees and costs as stated in Section 1 above.

In the event the Court does not approve this Agreement, the parties agree to work diligently and in good faith to enter into a modified agreement that addresses all issues raised by the Court and to jointly move the Court for approval of such agreement.

3. **Releases.** In exchange for the payments set forth above, and other good and valuable consideration, the receipt of which is hereby acknowledged, Plaintiffs hereby **RELEASE, REMISE, AND FOREVER DISCHARGE** the Company, its former and current parents, subsidiaries, affiliates (including, but not limited to, Strategic Hospitality, LLC, Strategic Hospitality Investment Fund, LLC, and Strategic Hospitality Investment Fund Manager, LLC), and each of their respective trustees, directors, officers, members, administrators, agents, attorneys, employees, personally and in their respective capacities, and any other person or entity representing or succeeding to any such person or entity, from any and all claims, demands, rights, charges, actions, interests, debts, liabilities, damages, costs, attorneys' fees and expenses, or causes of action of whatever type or nature for unpaid wages, whether legal or equitable, whether known or unknown to him/her which he/she may now have against them, either individually, jointly, or severally, his/her individual claims under the Fair Labor Standards Act for payment of hours worked up to the date of this Agreement, all liquidated damages that Plaintiffs may be entitled to under the FLSA, all attorney's fees and costs that Plaintiffs may be entitled to under the FLSA, all other claims asserted under state law in the Lawsuit, and all other claims relating to payment of wages, compensation, and/or overtime.

4. **Parties Released.** Plaintiffs acknowledge that this Agreement and the release provision in Section 3 above apply to and protect in all respects the Company, including past, current and future parent companies, related companies, successors and assigns, owners, members, officers, directors, agents, employees, and insurers of any such entities.

5. **Filing of Notices of Dismissal With Prejudice.** Within seven (7) days of receipt of the consideration set forth in Section 1, the parties shall file a Stipulation of Dismissal With Prejudice with the Court, unless the Court has already entered an order dismissing the lawsuit with prejudice.

6. **Modification.** No modification, amendments, cancellation, deletion, addition, extension, or other changes in this Agreement shall be effective for any purpose unless specifically set forth in a written agreement signed by Plaintiffs and the Company. This Agreement constitutes a single, integrated written agreement containing the entire understanding between Plaintiffs and the Company regarding the subject matter hereof and supersedes and replaces any and all prior agreements and understandings, written or oral.

7. **Non-Admissions.** This Agreement does not constitute an admission by any party to the Agreement that they have violated any law or statute, and all parties specifically deny any such violation occurred. Plaintiffs acknowledge and agree that this Agreement and the consideration provided herein have been and are made and received solely on the basis of a compromise of disputed claims, and this Agreement is not, and is not to be construed as, an admission by the Company of any liability whatsoever, nor is it, nor shall it be construed as, an admission of any act or fact whatsoever, including any violation of federal or state statute, ordinance, directive, regulation, order (including executive orders) or common law. The Company has denied and continues to deny Plaintiffs' claims, and has denied and continues to deny all charges of wrongdoing or liability against them. Although the Company has vigorously contested the allegations in the litigation to date and denies that it committed any wrongful action or violation

3

of law, it believes nonetheless that further litigation with respect to the Plaintiffs who are parties to this Agreement would be protracted, expensive, and contrary to its best interests. Substantial amounts of time, energy, and other resources have been and, absent settlement, will continue to be devoted to the defense against the claims asserted by Plaintiffs. In light of these realities, the Company believes that settlement is the best way to resolve the disputes among the parties while minimizing their own further expenditures.

**8.** **Waiver.** The parties agree that any failure by any party to enforce any right or privilege under this Agreement shall not be deemed to constitute waiver of any rights and privileges contained herein. The terms of this Agreement are to be construed under the laws of the State of Tennessee.

**9.** The Named Plaintiffs' execution of this Agreement, on behalf of themselves and all other opt-in Plaintiffs, when approved by the Court and such approval has become final, shall fully effectuate the release provisions of Paragraph 3 above to which each Plaintiff is bound regardless of whether such Plaintiff negotiates a settlement check, provided, however, that the Company makes the payments as set forth in this Agreement.

**10.** All checks issued to Plaintiffs shall contain, on the memorandum portion of the check, the following language:

### RELEASE OF CLAIMS

> I understand that I have consented to join in the case *Hayden Smith, James D. Meadows, On Behalf of Themselves and All Other Similarly Situated v. Restaurant Concepts, LLC, Le Sel, LLC, 401 Food, LLC, and Pinewood Social, LLC*, Case No. 3:20-cv-0023, pending in the United States District Court of Middle Tennessee and agree to be bound by the settlement negotiated and approved by the named plaintiffs.
>
> I irrevocably and unconditionally waive, release, extinguish, acquit and forever discharge any claim I might have for unpaid wages or overtime pay, or any other claim for violations of Federal or state wage and hour laws.

**11.** Named Plaintiffs Smith and Meadows, for themselves, their attorneys, agents, executors, administrators, personal representatives, heirs, successors, any future estates, assigns and beneficiaries, and any and all of them (collectively, the "Named Releasers"), voluntarily and with the advice of counsel, fully and forever release, acquit, and discharge the Company, their present or former officers, directors, subsidiaries, affiliates, partners, employees, agents, attorneys, accountants, executors, administrators, personal representatives, heirs, successors and assigns, members, and any or all of them and all persons acting by, through, under, or in concert with any of them (collectively, the "Named Releasees"), in their personal, individual, official and/or corporate capacities, from any and all claims of any nature whatsoever whether brought pursuant to statute or under common law, whether specifically asserted or not, which the Named Releasers, or any of them, may assert relating to any matters relating to their employment with the Company,

4

such released claims include without limitation, any claim of discrimination, retaliation, or any claim under: Title VII of the Civil Rights Act of 1964, as amended; the Age Discrimination in Employment Act ("ADEA"); the ADA; the ADA Amendments Act of 2008; the Tennessee Disability Act; the Tennessee Human Rights Act; the Tennessee Public Protection Act; any retaliatory discharge claim brought pursuant to common law; any negligent hiring, retention, and/or supervision claim; the FLSA; the Family and Medical Leave Act ("FMLA"); any other federal or state statutory claims; and the common law or any other federal, state, or local law or regulation, including, but not limited to, any breach of contract claims, up to and including the date of approval of this Settlement by the Court. This release does not extend to claims for workers' compensation or any other claims that may not be released by virtue of law.

**12.** **Voluntary and Knowing.** This Agreement is executed voluntarily and without any duress or undue influence on the part or behalf of the parties hereto.

**13.** **Binding Agreement and Governing Law.** This Agreement shall be binding upon, and inure to the benefit of, the parties and their affiliates, beneficiaries, heirs, executors, administrators, successors, and assigns. This Agreement is governed by and shall be construed, interpreted, and enforced in accordance with Tennessee law without reference to principles of conflicts of law, except insofar as it is required to be governed by federal law.

**14.** **Entire Agreement.** This Agreement constitutes the entire agreement of the parties concerning the subjects included herein. In the event of any conflict between this Agreement and any other settlement-related document, the parties intend that this Agreement shall be controlling.

**15.** **Certification.** The signatories to this Agreement certify that they are authorized to sign on behalf of their respective parties.

**16.** **Counterparts.** The parties may execute this Agreement in counterparts, and execution in counterparts shall have the same force and effect as if the parties had signed the same instrument.

**17.** **Public Statements.** In the event that Plaintiffs' counsel issues any public statement about the Settlement Agreement or Settlement Amount or uses this matter in publicity or advertising materials, Plaintiffs' counsel agrees not to identify the Company by name. This provision shall not inhibit Plaintiff's counsel from referencing this lawsuit or settlement in any Court filings or pleadings in other matters.

**18.** **Future Employment.** Named Plaintiffs agree not to apply for employment with the Company or any future entities managed or otherwise operated by Benjamin Goldberg and/or Max Goldberg (collectively referred to as the "Restricted Business"). Named Plaintiffs forever waive and relinquish any and all claim, right, or interest in reinstatement or future employment, contractual or otherwise, that they presently have or might in the future have with any of the Released Parties. Should the Company acquire an entity in which a Named Plaintiff is employed in the future this provision shall not apply.

**19.   Voiding the Agreement.**  In the event this Agreement, or any amended version agreed upon by the parties does not obtain judicial approval for any reason, this Agreement shall be null and void in its entirety, unless expressly agreed in writing by all parties.

**PLAINTIFFS:**

_____
Hayden Smith

Date: ___01/20/2021_____


_____
James D. Meadows

Date: _____


**DEFENDANTS:**

| Restaurant Concepts, LLC | 401 Food, LLC |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

| Le Sel, LLC | Pinewood Social, LLC |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

19. **Voiding the Agreement.** In the event this Agreement, or any amended version agreed upon by the parties does not obtain judicial approval for any reason, this Agreement shall be null and void in its entirety, unless expressly agreed in writing by all parties.

**PLAINTIFFS:**

_____
Hayden Smith

Date: _____

_____/s/ James D. Meadows_____
James D. Meadows

Date: 01/19/2021

**DEFENDANTS:**

Restaurant Concepts, LLC

By: /s/ BG
Name: Benjamin Goldberg
Title: President
Date: 1/20/21

401 Food, LLC

By: /s/ BG
Name: Benjamin Goldberg
Title: President
Date: 1/20/21

Le Sel, LLC

By: /s/ BG
Name: Benjamin Goldberg
Title: President
Date: 1/20/21

Pinewood Social, LLC

By: /s/ BG
Name: Benjamin Goldberg
Title: President
Date: 1/20/21

| | ATTACHMENT A - MODIFIED SETTLEMENT ALLOCATION | | | |
|---|---|---|---|---|
| | **NAME** | **WAGES** | **LIQUID. DAMAGES** | **TOTAL** |
| 1 | Abston, Nicholas | $1,079.97 | $1,079.98 | $2,159.95 |
| 2 | Ammerman, Tara A. | $111.34 | $111.35 | $222.69 |
| 3 | Anastasio, Abigail | $2,903.53 | $2,903.54 | $5,807.07 |
| 4 | Atkinson, Howard | $65.54 | $65.54 | $131.08 |
| 5 | Aud, Casey | $2,865.76 | $2,865.77 | $5,731.53 |
| 6 | Ball, Sarah | $557.49 | $557.49 | $1,114.98 |
| 7 | Bartels, Bradley F. | $520.39 | $520.39 | $1,040.78 |
| 8 | Bauers, Megan Marie | $1,204.94 | $1,204.94 | $2,409.88 |
| 9 | Baugh, Jimmie | $130.50 | $130.50 | $261.00 |
| 10 | Beebe, Scott Michael | $233.23 | $233.23 | $466.46 |
| 11 | Bennett, Lauren | $1,114.53 | $1,114.54 | $2,229.07 |
| 12 | Bennett, Tyler | $104.51 | $104.52 | $209.03 |
| 13 | Berro, Rachael | $301.94 | $301.94 | $603.88 |
| 14 | Berry, Nicholas | $448.87 | $448.87 | $897.74 |
| 15 | Bevilacqua, Guy | $699.86 | $699.86 | $1,399.72 |
| 16 | Bidwell, Cassidy | $65.54 | $65.54 | $131.08 |
| 17 | Blees, Nathan A. | $770.58 | $770.58 | $1,541.16 |
| 18 | Bonus, Aaron | $1,028.81 | $1,028.82 | $2,057.63 |
| 19 | Bookout, Cassidy | $1,485.40 | $1,485.41 | $2,970.81 |
| 20 | Borders, Bailey | $92.19 | $92.20 | $184.39 |
| 21 | Borland, John | $658.07 | $658.08 | $1,316.15 |
| 22 | Bottomlee, Megan | $1,963.29 | $1,963.30 | $3,926.59 |
| 23 | Brewer, Amanda A. | $637.32 | $637.32 | $1,274.64 |
| 24 | Briercheck, MaryBeth V. | $96.48 | $96.48 | $192.96 |
| 25 | Brill, Jonathan | $12.50 | $12.50 | $25.00 |
| 26 | Brinley, Rylie P. | $47.86 | $47.86 | $95.72 |
| 27 | Briscoe, Justin | $304.48 | $304.49 | $608.97 |
| 28 | Brockell, Caitlin | $40.09 | $40.09 | $80.18 |
| 29 | Brohm, Kathryn | $1,797.21 | $1,797.21 | $3,594.42 |
| 30 | Brown, Colin | $1,553.04 | $1,553.05 | $3,106.09 |
| 31 | Brown, Morgan | $2,065.35 | $2,065.36 | $4,130.71 |
| 32 | Buenning, Andrew | $12.50 | $12.50 | $25.00 |
| 33 | Burke, Christopher | $223.45 | $223.45 | $446.90 |
| 34 | Burke, Jr., Napoleon | $463.73 | $463.74 | $927.47 |
| 35 | Burlison, Christopher James | $1,857.21 | $1,857.22 | $3,714.43 |
| 36 | Bush, Jackson | $2,413.72 | $2,413.73 | $4,827.45 |
| 37 | Camp, Nina | $2,777.63 | $2,777.64 | $5,555.27 |
| 38 | Campbell, T'aira R. | $12.50 | $12.50 | $25.00 |
| 39 | Castello, Bryanne | $105.58 | $105.59 | $211.17 |
| 40 | Castrillo, Jean | $332.74 | $332.75 | $665.49 |
| 41 | Cepeda, Miguel Anthony G. | $2,228.76 | $2,228.76 | $4,457.52 |
| 42 | Challenor, Tayler | $60.18 | $60.18 | $120.36 |
| 43 | Chambers, Mary Kathryn | $174.16 | $174.17 | $348.33 |

| #  | Name | | | |
|----|------|---|---|---|
| 44 | Chichester, Angela | $288.54 | $288.55 | $577.09 |
| 45 | Clark, Ian T. | $224.12 | $224.12 | $448.24 |
| 46 | Connolley, Bradley | $18.39 | $18.40 | $36.79 |
| 47 | Cooper, Heather | $187.02 | $187.02 | $374.04 |
| 48 | Corn, Benjamin Randal | $1,480.98 | $1,480.99 | $2,961.97 |
| 49 | Croft, Melissa | $148.98 | $148.98 | $297.96 |
| 50 | Crooks, Nathan | $548.92 | $548.92 | $1,097.84 |
| 51 | Crow, Caitlin | $233.49 | $233.50 | $466.99 |
| 52 | Darden, Terrance | $624.99 | $625.00 | $1,249.99 |
| 53 | Darting, Jacob | $144.96 | $144.97 | $289.93 |
| 54 | Dean, Maegan | $540.21 | $540.22 | $1,080.43 |
| 55 | Dearmond, Rebekah | $104.78 | $104.79 | $209.57 |
| 56 | DeBenedictis, Michael | $700.26 | $700.27 | $1,400.53 |
| 57 | Decker, Christina | $664.77 | $664.77 | $1,329.54 |
| 58 | DeFranco, Matthew | $12.50 | $12.50 | $25.00 |
| 59 | Del Guercio, Kristen | $1,866.86 | $1,866.86 | $3,733.72 |
| 60 | DeWitt, Megan | $743.66 | $743.66 | $1,487.32 |
| 61 | Diaz, Audrey | $1,190.87 | $1,190.88 | $2,381.75 |
| 62 | Dillehay, E. Bailey | $1,043.28 | $1,043.28 | $2,086.56 |
| 63 | Divilly, Daniel | $713.39 | $713.39 | $1,426.78 |
| 64 | Dodds, Jon Chase | $110.81 | $110.81 | $221.62 |
| 65 | Donovan, Astin | $189.43 | $189.43 | $378.86 |
| 66 | Durr, James | $105.18 | $105.19 | $210.37 |
| 67 | Eckles, James | $645.75 | $645.75 | $1,291.50 |
| 68 | Edmondson, Dean | $548.52 | $548.52 | $1,097.04 |
| 69 | Edwards, Jacobi | $105.58 | $105.59 | $211.17 |
| 70 | Endelman, Seth | $491.59 | $491.60 | $983.19 |
| 71 | Engels, Elizabeth | $12.50 | $12.50 | $25.00 |
| 72 | Enquist, Kayla | $725.84 | $725.85 | $1,451.69 |
| 73 | Estrada, Angelica | $18.26 | $18.26 | $36.52 |
| 74 | Farrell, Kateri | $12.50 | $12.50 | $25.00 |
| 75 | Fernandez, Manselle | $12.50 | $12.50 | $25.00 |
| 76 | Firkins, Kristine | $12.50 | $12.50 | $25.00 |
| 77 | Fisel, Dwayne L. | $730.67 | $730.67 | $1,461.34 |
| 78 | Fleming, Jarrod | $1,352.67 | $1,352.68 | $2,705.35 |
| 79 | Foutz, Sam | $835.27 | $835.28 | $1,670.55 |
| 80 | Gambrell, Kellye L. | $115.36 | $115.37 | $230.73 |
| 81 | Gaultier, Beau | $1,088.81 | $1,088.82 | $2,177.63 |
| 82 | Gerlach, Clayton | $83.48 | $83.49 | $166.97 |
| 83 | Gibson II, John M. | $441.50 | $441.50 | $883.00 |
| 84 | Gilbert, Toby | $12.50 | $12.50 | $25.00 |
| 85 | Gillway, Laura | $86.70 | $86.70 | $173.40 |
| 86 | Gray, Daniel | $196.80 | $196.80 | $393.60 |
| 87 | Green, Hayden Robert | $67.41 | $67.42 | $134.83 |
| 88 | Griffin, Marty | $185.54 | $185.55 | $371.09 |
| 89 | Griffith, Danielle | $18.66 | $18.66 | $37.32 |
| 90 | Grinnell, Mackenzie | $1,153.37 | $1,153.38 | $2,306.75 |

| # | Name | | | |
|---|---|---|---|---|
| 91 | Gunderson, Elizabeth B. | $85.36 | $85.36 | $170.72 |
| 92 | Haddock, Holden M. | $989.03 | $989.04 | $1,978.07 |
| 93 | Halfacre, Andrew | $514.63 | $514.63 | $1,029.26 |
| 94 | Hall, Christopher Ammon | $597.40 | $597.41 | $1,194.81 |
| 95 | Harper, James | $61.79 | $61.79 | $123.58 |
| 96 | Harris, David | $161.70 | $161.71 | $323.41 |
| 97 | Hays, Ian W. | $75.98 | $75.99 | $151.97 |
| 98 | Heard, Ben Nigel | $60.72 | $60.72 | $121.44 |
| 99 | Heimerman, Haylee | $399.18 | $399.18 | $798.36 |
| 100 | Holden, Skyler | $200.14 | $200.15 | $400.29 |
| 101 | Holmes, Amber | $69.96 | $69.96 | $139.92 |
| 102 | Hoover, Nicholas Wayne | $763.21 | $763.22 | $1,526.43 |
| 103 | Horton, Jared | $578.52 | $578.52 | $1,157.04 |
| 104 | Huff (Hansen), Jozy | $317.61 | $317.61 | $635.22 |
| 105 | Hughen, Wendi | $1,390.04 | $1,390.04 | $2,780.08 |
| 106 | Inzunza, Catalina | $12.50 | $12.50 | $25.00 |
| 107 | Jackson, Ryan | $114.69 | $114.70 | $229.39 |
| 108 | Jefferson, Parris | $488.65 | $488.65 | $977.30 |
| 109 | Jinright, Brandon | $12.50 | $12.50 | $25.00 |
| 110 | Johnson, Brett | $12.50 | $12.50 | $25.00 |
| 111 | Johnson, Joseph | $74.24 | $74.25 | $148.49 |
| 112 | Johnson, Matthew Jerome | $1,124.31 | $1,124.31 | $2,248.62 |
| 113 | Jones, Mark S. | $12.50 | $12.50 | $25.00 |
| 114 | Jones, Whitney | $710.57 | $710.58 | $1,421.15 |
| 115 | Jonsson, Aevar | $361.14 | $361.14 | $722.28 |
| 116 | Jose, Kirsten | $651.64 | $651.65 | $1,303.29 |
| 117 | Joseph, Zachary Albert | $731.87 | $731.88 | $1,463.75 |
| 118 | Joyce, Samantha J. | $443.51 | $443.51 | $887.02 |
| 119 | Joyce, Stefanie Claire | $971.75 | $971.76 | $1,943.51 |
| 120 | Kaiser, Brittany | $162.91 | $162.91 | $325.82 |
| 121 | Kempton, Gary Michael | $317.21 | $317.21 | $634.42 |
| 122 | Kennedy (Shepperson), Amanda | $519.18 | $519.19 | $1,038.37 |
| 123 | Kennedy, John | $377.48 | $377.48 | $754.96 |
| 124 | Kidd, Clayton | $69.15 | $69.16 | $138.31 |
| 125 | King, Tchilandria | $1,324.54 | $1,324.55 | $2,649.09 |
| 126 | Kingsbury, Kaylie | $235.91 | $235.91 | $471.82 |
| 127 | Kinnard, Cason | $119.38 | $119.38 | $238.76 |
| 128 | Kirby, Kathryn | $767.77 | $767.77 | $1,535.54 |
| 129 | Knicos, Matt | $3,416.25 | $3,416.25 | $6,832.50 |
| 130 | Kullander, Lincoln Paige | $31.65 | $31.66 | $63.31 |
| 131 | Kurtz, Daniel | $557.62 | $557.63 | $1,115.25 |
| 132 | Lancaster, Ashley | $12.50 | $12.50 | $25.00 |
| 133 | Larson, Keri | $37.54 | $37.55 | $75.09 |
| 134 | Lawton, Krya | $123.00 | $123.00 | $246.00 |
| 135 | Leach, Stuart | $979.79 | $979.79 | $1,959.58 |
| 136 | Lesousky, Michael | $571.82 | $571.83 | $1,143.65 |
| 137 | Levesque, Matthew | $82.81 | $82.82 | $165.63 |

| # | Name | | | |
|---|---|---|---|---|
| 138 | Levin, Ashley | $389.80 | $389.80 | $779.60 |
| 139 | Ligon, Charles R. | $44.51 | $44.51 | $89.02 |
| 140 | Longenecker, Sarah | $88.57 | $88.58 | $177.15 |
| 141 | Loofbourrow, Jenna | $810.49 | $810.50 | $1,620.99 |
| 142 | Loomis, Gregory P. | $320.96 | $320.96 | $641.92 |
| 143 | Lopez, Jehu Jimenez | $223.45 | $223.45 | $446.90 |
| 144 | Luikart, Calli | $510.88 | $510.88 | $1,021.76 |
| 145 | Luna, Jaime | $1,401.29 | $1,401.30 | $2,802.59 |
| 146 | Lutz, Jonathan | $21.87 | $21.88 | $43.75 |
| 147 | Lyons, Gary J. | $83.75 | $83.76 | $167.51 |
| 148 | Lyons, Mitchel | $280.24 | $280.24 | $560.48 |
| 149 | Madsen, Rachel | $475.39 | $475.39 | $950.78 |
| 150 | Mansker, Erica | $1,203.06 | $1,203.07 | $2,406.13 |
| 151 | Maree-Barr Lampani, Aleeya | $113.22 | $113.22 | $226.44 |
| 152 | Margotta, Debra A. | $3,132.57 | $3,132.57 | $6,265.14 |
| 153 | Marshall, Travis | $1,264.67 | $1,264.68 | $2,529.35 |
| 154 | Martin, Charlton Christopher | $61.12 | $61.12 | $122.24 |
| 155 | Masek, Jordan | $263.90 | $263.90 | $527.80 |
| 156 | McCay, Haley Paige | $680.97 | $680.98 | $1,361.95 |
| 157 | McCoy, Paige | $12.50 | $12.50 | $25.00 |
| 158 | McCulloch, Kathryn | $1,187.53 | $1,187.53 | $2,375.06 |
| 159 | McGee, Annabelle | $274.75 | $274.75 | $549.50 |
| 160 | McKee, Dustin | $18.12 | $18.13 | $36.25 |
| 161 | McQueen, Jason | $563.11 | $563.12 | $1,126.23 |
| 162 | Meadows, James D. | $735.09 | $735.09 | $1,470.18 |
| 163 | Merritt, McKinley | $62.72 | $62.73 | $125.45 |
| 164 | Miller, Anna | $1,254.76 | $1,254.77 | $2,509.53 |
| 165 | Miller, Wesley | $704.82 | $704.82 | $1,409.64 |
| 166 | Mode, Baden | $213.00 | $213.01 | $426.01 |
| 167 | Montalvo, Morgan | $136.66 | $136.66 | $273.32 |
| 168 | Moore, Brooks | $19.46 | $19.47 | $38.93 |
| 169 | Moore, Elisabeth | $783.03 | $783.04 | $1,566.07 |
| 170 | Moore, Ian | $349.89 | $349.89 | $699.78 |
| 171 | Morris, Jonathan D. | $261.76 | $261.76 | $523.52 |
| 172 | Morris, Lauren | $238.72 | $238.72 | $477.44 |
| 173 | Mort, Bethany | $475.79 | $475.79 | $951.58 |
| 174 | Mount, Kadijah | $175.23 | $175.24 | $350.47 |
| 175 | Nelson, Ryan Eliot | $90.45 | $90.45 | $180.90 |
| 176 | Oldham, Traci | $81.48 | $81.48 | $162.96 |
| 177 | Olejnik, Natalia | $106.25 | $106.26 | $212.51 |
| 178 | Osborne, Candace | $351.63 | $351.63 | $703.26 |
| 179 | Owen, Heather | $1,101.40 | $1,101.41 | $2,202.81 |
| 180 | Paddock, Krystal | $34.33 | $34.33 | $68.66 |
| 181 | Parker, Rayfell | $12.50 | $12.50 | $25.00 |
| 182 | Parker, Zachary | $179.25 | $179.25 | $358.50 |
| 183 | Pass, Casey | $506.59 | $506.60 | $1,013.19 |
| 184 | Passwaters, Christian | $93.40 | $93.40 | $186.80 |

| # | Name | | | |
|---|---|---|---|---|
| 185 | Peavler, Elijah | $12.50 | $12.50 | $25.00 |
| 186 | Perkins, Holly | $34.87 | $34.87 | $69.74 |
| 187 | Piccolo, Stefanie | $78.39 | $78.40 | $156.79 |
| 188 | Pitcher, Elliot | $288.68 | $288.68 | $577.36 |
| 189 | Polcz, Stephen | $12.50 | $12.50 | $25.00 |
| 190 | Postiglione, Gabrielle | $205.50 | $205.51 | $411.01 |
| 191 | Powells, Ross | $463.47 | $463.47 | $926.94 |
| 192 | Precourt, Mitchell Edward | $517.44 | $517.45 | $1,034.89 |
| 193 | Puckett, Reagen | $1,189.00 | $1,189.00 | $2,378.00 |
| 194 | Pugel, Matthew | $926.62 | $926.62 | $1,853.24 |
| 195 | Rains, Joshua A. | $105.72 | $105.72 | $211.44 |
| 196 | Rath, Shasta | $87.10 | $87.11 | $174.21 |
| 197 | Redding, Brandon Lee | $1,853.46 | $1,853.47 | $3,706.93 |
| 198 | Riddle, Sydney | $960.77 | $960.78 | $1,921.55 |
| 199 | Ridge, Katelynn | $536.33 | $536.33 | $1,072.66 |
| 200 | Rizzitello, Eric | $1,524.51 | $1,524.52 | $3,049.03 |
| 201 | Roberts, Christopher | $2,330.01 | $2,330.02 | $4,660.03 |
| 202 | Robinson, Savannah | $534.85 | $534.86 | $1,069.71 |
| 203 | Rockett, Jeffrey | $569.28 | $569.28 | $1,138.56 |
| 204 | Rush, Jarrett | $12.50 | $12.50 | $25.00 |
| 205 | Rush, Laura | $131.43 | $131.44 | $262.87 |
| 206 | Saito, Kenichi | $800.71 | $800.72 | $1,601.43 |
| 207 | Sajna, Vilem | $57.37 | $57.37 | $114.74 |
| 208 | Salestrom, Jr., James Kevin | $460.92 | $460.93 | $921.85 |
| 209 | Saunders, Byron | $1,303.11 | $1,303.12 | $2,606.23 |
| 210 | Scarano, Kristen | $70.89 | $70.90 | $141.79 |
| 211 | Schrock, Samuel | $179.25 | $179.25 | $358.50 |
| 212 | Secor, Laurie | $775.27 | $775.27 | $1,550.54 |
| 213 | Sichoumphonh, Kevin | $1,714.84 | $1,714.84 | $3,429.68 |
| 214 | Sidlasky, Haley | $583.07 | $583.08 | $1,166.15 |
| 215 | Sims, Austin | $1,183.64 | $1,183.65 | $2,367.29 |
| 216 | Smith, Hayden | $679.77 | $679.77 | $1,359.54 |
| 217 | Solomon, Isabel | $12.50 | $12.50 | $25.00 |
| 218 | Strader, Brett | $182.20 | $182.20 | $364.40 |
| 219 | Streicher, Blake | $281.58 | $281.58 | $563.16 |
| 220 | Sykes, Luke | $382.70 | $382.71 | $765.41 |
| 221 | Sypnieski, Erica | $171.08 | $171.08 | $342.16 |
| 222 | Tagen, Derick von | $216.75 | $216.76 | $433.51 |
| 223 | Tagen, Jordan von | $244.61 | $244.62 | $489.23 |
| 224 | Taylor, Alexander | $199.34 | $199.35 | $398.69 |
| 225 | Thayne, Nikki | $745.93 | $745.94 | $1,491.87 |
| 226 | Thomas, Nick | $1,156.59 | $1,156.59 | $2,313.18 |
| 227 | Thomas-Pate, Eric | $1,525.72 | $1,525.72 | $3,051.44 |
| 228 | Thompson, Alissa | $12.50 | $12.50 | $25.00 |
| 229 | Thomsen, Erik | $70.89 | $70.90 | $141.79 |
| 230 | Thornton, Jessica | $207.51 | $207.52 | $415.03 |
| 231 | Tillman, Brandon | $80.00 | $80.01 | $160.01 |

| # | Name | Wages | Liquidated Damages | Total |
|---|---|---|---|---|
| 232 | Tomczak, Melanie | $12.50 | $12.50 | $25.00 |
| 233 | Torrie, Hally | $23.88 | $23.89 | $47.77 |
| 234 | Tuck, Sierra | $168.80 | $168.81 | $337.61 |
| 235 | Tucker, David | $12.50 | $12.50 | $25.00 |
| 236 | Twyman, Marcus J. | $235.91 | $235.91 | $471.82 |
| 237 | Ulmer, Reed | $373.73 | $373.73 | $747.46 |
| 238 | Van Zuidam, Stephen L. | $385.78 | $385.79 | $771.57 |
| 239 | VanCuyk, Joshua | $896.61 | $896.62 | $1,793.23 |
| 240 | Vigardt, Mollie | $170.41 | $170.41 | $340.82 |
| 241 | Wadina, Michael | $957.02 | $957.02 | $1,914.04 |
| 242 | Walker, Dakota | $279.03 | $279.04 | $558.07 |
| 243 | Walker, Kayla | $262.42 | $262.43 | $524.85 |
| 244 | Weflen, David | $444.45 | $444.45 | $888.90 |
| 245 | Weiss, Daniel | $75.05 | $75.05 | $150.10 |
| 246 | Wheeler, Trevor | $212.47 | $212.47 | $424.94 |
| 247 | White, Cody | $28.70 | $28.71 | $57.41 |
| 248 | Wiens, Stewart Gregory | $54.15 | $54.16 | $108.31 |
| 249 | Wilbur, Kelley | $510.34 | $510.35 | $1,020.69 |
| 250 | Wilde, Zachary A. | $230.41 | $230.42 | $460.83 |
| 251 | Willey, Jacob | $12.50 | $12.50 | $25.00 |
| 252 | Wilson, Amy | $94.33 | $94.34 | $188.67 |
| 253 | Wilson, Kali | $188.76 | $188.76 | $377.52 |
| 254 | Wiltgen, Tess | $1,217.80 | $1,217.80 | $2,435.60 |
| 255 | Withers, Jordan | $247.16 | $247.16 | $494.32 |
| 256 | Wood, Jordana | $693.56 | $693.57 | $1,387.13 |
| 257 | Wood, Matthew | $1,280.34 | $1,280.35 | $2,560.69 |
| 258 | Yost, Zackary Michael | $1,845.70 | $1,845.70 | $3,691.40 |
| 259 | Younger, Brittney | $181.79 | $181.80 | $363.59 |
| 260 | Zenker, Julia | $267.25 | $267.25 | $534.50 |
| 261 | Zornes, Melissa | $609.86 | $609.86 | $1,219.72 |
|  | **TOTAL** | **$137,199.40** | **$137,200.60** | **$274,400.00** |

The payments listed in the "Wages" column above shall be subject to withholdings and deductions as set forth in this Agreement. The payments listed in the "Liquidated Damages" column above are not wages, and no withholdings or deductions shall be made for such payments. Plaintiffs shall receive an IRS Form 1099 for the Liquidated Damages payments.